Certificate Number: 15111-PAE-DE-035226805

Bankruptcy Case Number: 20-14792



15111-PAE-DE-035226805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 2, 2021, at 12:26 o'clock AM EST, Mary Agnes Steele completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 2, 2021              By:   /s/Ryan McDonough

                                     Name:  Ryan McDonough

                                     Title:  Executive Director of Education