UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Mary Agnes Steele<br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-14792-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 31st day of March, 2021, by first class mail upon those listed below:

Mary Agnes Steele
614 Sioux St.
Bethlehem, PA  18015

**Electronically via CM/ECF System Only:**

PATRICK J BEST, ESQ.
ARM LAWYERS
18 NORTH 8TH STREET
STROUDSBURG, PA  18360-1718

                                                                        */s/ Deborah A. Earnshaw*
                                                                        Deborah A. Earnshaw
                                                                         for
                                                                         Scott F. Waterman, Esquire
                                                                         Standing Chapter 13 Trustee