UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :

    MARY AGNES STEELE : Bankruptcy No. 20-14792PMM

    Debtor(s) : Chapter 13

## PRAECIPE

Please withdraw the Trustee's Recommendation for Confirmation filed on or about May 5, 2021 at docket entry number 24 in the above referenced case.

                                                  Respectfully submitted,

Date: May 11, 2021                      */s/Rolando Ramos-Cardona*
                                                  Rolando Ramos-Cardona, Esq.
                                                  Attorney for
                                                  Scott F. Waterman, Esq.
                                                  Standing Chapter 13 Trustee