| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14792-PMM**

| | |
|---|---|
| Mary Agnes Steele | Petition Filed Date: 12/19/2020 |
| 614 Sioux St. | 341 Hearing Date: 02/02/2021 |
| Bethlehem  PA   18015 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2021 | $86.00 | | 02/11/2021 | $86.00 | | 03/11/2021 | $86.00 | |
| 04/12/2021 | $86.00 | | 05/11/2021 | $86.00 | | | | |

**Total Receipts for the Period: $430.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $430.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD  »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA NA  »» 002 | Unsecured Creditors | $3,927.44 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, NA  »» 03S | Secured Creditors | $1,270.69 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA  »» 03U | Unsecured Creditors | $1,273.44 | $0.00 | $0.00 |
| 5 | QUICKEN LOANS INC  »» 004 | Mortgage Arrears | $1,042.08 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA  »» 005 | Unsecured Creditors | $5,360.09 | $0.00 | $0.00 |
| 7 | PEOPLE FIRST CU  »» 006 | Unsecured Creditors | $19,595.50 | $0.00 | $0.00 |
| 8 | ACCELERATED INVENTORY MGT, LLC  »» 007 | Unsecured Creditors | $8,579.58 | $0.00 | $0.00 |
| 9 | SYNCHRONY BANK  »» 008 | Unsecured Creditors | $3,391.03 | $0.00 | $0.00 |
| 0 | PATRICK J BEST, ESQ. | Attorney Fees | $2,920.00 | $0.00 | $2,920.00 |

**Chapter 13 Case No. 20-14792-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $430.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $328.00 |
| Paid to Trustee: | $32.68 | Total Plan Base: | $16,258.00 |
| Funds on Hand: | $397.32 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.