United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mary Agnes Steele  
    Debtor

Case No. 20-14792-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 22, 2021      Form ID: 155      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Agnes Steele, 614 Sioux St., Bethlehem, PA 18015-2847 |
| 14583150 | + | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14570404 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14573950 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14570405 | + | Hayt, Hayt & Landau, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 14575848 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14575448 | | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14582399 | + | PEOPLE FIRST CU, Ra Rogers Inc, P.O. Box 3302, Crofton, Crofton, MD 21114-0302 |
| 14570409 | + | Progressive Physicians, 95 Highland Ave. Suite 130, Bethlehem, PA 18017-9483 |
| 14575770 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14571596 | + | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14570411 | | Ra Rogers Inc Coll C, 2135 Espey Ct, #7, Crofton, MD 21114-2442 |
| 14570413 | + | Tsarouhis Law Group, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14570415 | | Westgate Resorts, CFI Resorts Management INC2801, Old Winter Garden Road, Ocoee, FL 34761 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14570407 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 22 2021 23:23:58 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14575449 | | Email/Text: bk.notifications@jpmchase.com | Jul 22 2021 23:08:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14570406 | + | Email/Text: bk.notifications@jpmchase.com | Jul 22 2021 23:08:00 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 14570408 | + | Email/Text: bankruptcy@pinnaclerecovery.com | Jul 22 2021 23:08:00 | Pinnacle Recovery Inc, PO Box 130848, Carlsbad, CA 92013-0848 |
| 14570410 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 22 2021 23:08:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14582398 | + | Email/Text: bankruptcy@rarogersinc.com | Jul 22 2021 23:08:00 | RA Rogers Inc, P.O. Box 3302, Crofton, MD 21114-0302 |
| 14570412 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2021 23:24:04 | Syncb/Tjx, Po Box 965015, Orlando, FL 32896-5015 |
| 14583801 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2021 23:24:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14571272 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 22 2021 23:23:58 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA |

| 14570414 | + Email/Text: bankruptcy@webbank.com Jul 22 2021 23:08:00 | WebBank, 215 State St, Suite 1000, Salt Lake City, UT 84111-2336 19107-3380 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PATRICK J. BEST | on behalf of Debtor Mary Agnes Steele patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;kate@armlawyers.com;3956@notices.nextchapterbk.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mary Agnes Steele
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−14792−pmm

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this July 22, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

32
Form 155