| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-14792-PMM**

Mary Agnes Steele
614 Sioux St.
Bethlehem  PA    18015

Petition Filed Date: 12/19/2020
341 Hearing Date: 02/02/2021
Confirmation Date: 07/22/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $86.00 | | 05/11/2021 | $86.00 | | 06/11/2021 | $86.00 | |
| 07/13/2021 | $500.00 | | 07/19/2021 | $500.00 | | 07/26/2021 | $500.00 | |
| 08/11/2021 | $500.00 | | 09/14/2021 | $500.00 | | 10/12/2021 | $500.00 | |
| 11/12/2021 | $500.00 | | 12/13/2021 | $500.00 | | 01/11/2022 | $500.00 | |
| 02/11/2022 | $500.00 | | 03/11/2022 | $500.00 | | 04/11/2022 | $500.00 | |
| 05/11/2022 | $500.00 | | 06/13/2022 | $500.00 | | 07/12/2022 | $500.00 | |

**Total Receipts for the Period: $7,758.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,016.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA NA »» 002 | Unsecured Creditors | $3,927.44 | $313.50 | $3,613.94 |
| 3 | JPMORGAN CHASE BANK, NA »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA »» 03U | Unsecured Creditors | $1,273.44 | $101.66 | $1,171.78 |
| 5 | QUICKEN LOANS INC »» 004 | Mortgage Arrears | $1,042.08 | $1,042.08 | $0.00 |
| 6 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $5,360.09 | $427.86 | $4,932.23 |
| 7 | PEOPLE FIRST CU »» 006 | Unsecured Creditors | $19,595.50 | $1,564.14 | $18,031.36 |
| 8 | ACCELERATED INVENTORY MGT, LLC »» 007 | Unsecured Creditors | $8,579.58 | $684.81 | $7,894.77 |
| 9 | SYNCHRONY BANK »» 008 | Unsecured Creditors | $3,391.03 | $270.69 | $3,120.34 |
| 0 | PATRICK J BEST, ESQ. | Attorney Fees | $2,920.00 | $2,920.00 | $0.00 |

Chapter 13 Case No. 20-14792-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,016.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $7,324.74 | Arrearages: | ($258.00) |
| Paid to Trustee: | $691.26 | Total Plan Base: | $16,258.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.