| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-14792-PMM**

Mary Agnes Steele
614 Sioux St.
Bethlehem  PA    18015

Petition Filed Date: 12/19/2020
341 Hearing Date: 02/02/2021
Confirmation Date: 07/22/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2022 | $500.00 | | 10/07/2022 | $500.00 | | 11/07/2022 | $500.00 | |
| 12/07/2022 | $500.00 | | 01/09/2023 | $500.00 | | 02/06/2023 | $500.00 | |
| 03/07/2023 | $500.00 | | 04/06/2023 | $500.00 | | 05/08/2023 | $500.00 | |
| 06/06/2023 | $500.00 | | 07/10/2023 | $500.00 | | | | |

**Total Receipts for the Period: $5,500.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,016.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA NA<br>»» 002 | Unsecured Creditors | $3,927.44 | $783.38 | $3,144.06 |
| 3 | JP MORGAN CHASE BANK NA<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 03U | Unsecured Creditors | $1,273.44 | $240.24 | $1,033.20 |
| 5 | QUICKEN LOANS INC<br>»» 004 | Mortgage Arrears | $1,042.08 | $1,042.08 | $0.00 |
| 6 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $5,360.09 | $1,069.13 | $4,290.96 |
| 7 | PEOPLE FIRST CU<br>»» 006 | Unsecured Creditors | $19,595.50 | $3,908.51 | $15,686.99 |
| 8 | ACCELERATED INVENTORY MGT LLC<br>»» 007 | Unsecured Creditors | $8,579.58 | $1,711.25 | $6,868.33 |
| 9 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $3,391.03 | $676.40 | $2,714.63 |
| 0 | PATRICK J BEST, ESQ. | Attorney Fees | $2,920.00 | $2,920.00 | $0.00 |

Chapter 13 Case No. 20-14792-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,016.00 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $12,350.99 | Arrearages: | ($258.00) |
| Paid to Trustee: | $1,196.26 | Total Plan Base: | $16,258.00 |
| Funds on Hand: | $468.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.