United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14792-pmm |
| Mary Agnes Steele | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 25, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Agnes Steele, 614 Sioux St., Bethlehem, PA 18015-2847 |
| 14582399 | + | PEOPLE FIRST CU, Ra Rogers Inc, P.O. Box 3302, Crofton, Crofton, MD 21114-0302 |
| 14570409 | #+ | Progressive Physicians, 95 Highland Ave. Suite 130, Bethlehem, PA 18017-9483 |
| 14570411 | | Ra Rogers Inc Coll C, 2135 Espey Ct, #7, Crofton, MD 21114-2442 |
| 14570413 | + | Tsarouhis Law Group, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14570415 | | Westgate Resorts, CFI Resorts Management INC2801, Old Winter Garden Road, Ocoee, FL 34761 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 26 2024 00:07:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 26 2024 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14583150 | + | Email/Text: bnc@bass-associates.com | Jan 26 2024 00:07:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14570404 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2024 00:07:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14573950 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 26 2024 00:07:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14570405 | ^ | MEBN | Jan 26 2024 00:03:03 | Hayt, Hayt & Landau, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 14570406 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2024 00:16:53 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14570407 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2024 00:17:28 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 14575449 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2024 00:16:33 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14575848 | + | Email/Text: RASEBN@raslg.com | Jan 26 2024 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14575448 | | Email/Text: amps@manleydeas.com | Jan 26 2024 00:07:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14570408 | + | Email/Text: bankruptcy@pinnaclerecovery.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jan 26 2024 00:08:00 | Pinnacle Recovery Inc, PO Box 130848, Carlsbad, CA 92013-0848 |
| 14570410 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 26 2024 00:07:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14571596 | ^ | MEBN | Jan 26 2024 00:02:55 | Quicken Loans, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14575770 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 26 2024 00:07:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14582398 | + | Email/Text: bankruptcy@rarogersinc.com | Jan 26 2024 00:07:00 | RA Rogers Inc, P.O. Box 3302, Crofton, MD 21114-0302 |
| 14570412 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 26 2024 00:16:53 | Syncb/Tjx, Po Box 965015, Orlando, FL 32896-5015 |
| 14583801 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 26 2024 00:17:02 | Synchrony Bank, by AIS InfoSource, LP, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14571272 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 26 2024 00:16:56 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 14570414 | + | Email/Text: bankruptcy@webbank.com | Jan 26 2024 00:07:00 | WebBank, 215 State St, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 25, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

PATRICK J. BEST
    on behalf of Debtor Mary Agnes Steele patrick@armlawyers.com  hannah@armlawyers.com;3956@notices.nextchapterbk.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Mary Agnes Steele
        Debtor(s)

Case No: 20−14792−pmm
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/25/24

47 − 44
Form 138OBJ