# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Mary Agnes Steele aka Mary A Steele** | **BK NO. 20-14792 PMM** |
| Debtor(s) | **Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** | **Related to Claim No. 4** |
| Movant | |
| vs. | |
| **Mary Agnes Steele aka Mary A Steele** | |
| Debtor(s) | |
| **Scott F. Waterman**, | |
| Trustee | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 26, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Mary Agnes Steele aka Mary A Steele
614 Sioux Street
Bethlehem, PA 18015

Attorney for Debtor(s)
Patrick James Best, Esq.
ARM Lawyers
18 North 8th Street (VIA ECF)
Stroudsburg, PA 18360

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100 (VIA ECF)
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: October 26, 2022

**/s/Michael P. Farrington, Esq.**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com